```
                                                    FILED
                                         UNITED STATES DISTRICT COURT
                                              DENVER, COLORADO

         IN THE UNITED STATES DISTRICT COURT      JAN 19 2021
              FOR THE DISTRICT OF COLORADO
                                              JEFFREY P. COLWELL
                                                        CLERK
```

Civil Action No.   20-cv-03007-GPG
                   (To be supplied by the court)

Emmanuel C. Theus-Roberts_____, Plaintiff

v.

Dean Williams, Executive Director_____,

Joan Carson, Associate Director of Education____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Emmanuel C. Theus-Roberts D.O.C. #156128, Sterling Correctional Facility, P.O. Box 6000, Sterling, CO 80751
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ___ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- _X_ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ___ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Dean Williams, Executive Director, Colorado Department of Corrections, 1250
(Name, job title, and complete mailing address)

Academy Park Loop, Colorado Springs, CO 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Defendant was operating in his official capacity as Colorado

Department of Corrections Executive Director

Defendant 1 is being sued in his/her ___ individual and/or _X_ official capacity.

2

Defendant 2: Joan Carson, Associate Director, Education Division, Colorado Department of
(Name, job title, and complete mailing address)

Corrections, 1250 Academy Park Loop, Colorado Springs, CO 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Defendant was operating in her official capacity as the Division of Education Associate Director

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_ Other: (*please identify*) 28 U.S.C. § 1343

3

D.  **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Deliberate Infringement of 14th Amendment Rights</u>

Supporting facts: 42 U.S.C. 1983 provides a federal cause of action against any person, who, acting under color of state law deprives another of his federal rights. U.S. Constitution Amendment 14 dictates equal protection and equal treatment of persons in similar situations. This action concerns Close Custody Special Management Control offenders (hereafter- Special Management), a classification encompassing Management Control Comprehensive (MCC), Management Control Unit-High Risk (MCH), Management Control Unit (MCU), and Close Custody Transition Unit (CCTU). At Colorado State Penitentiary (C.S.P.), MCC (at time of complaint), MCH and MCU offenders are denied access/option/availability of college-level academic programs while CCTU offenders are allowed to enroll, participate and pursue college-level academic programs as may be provided for within the Colorado Department of Corrections; pursuant C.R.S. 17-32-105. C.R.S. 17-32-105 states "every person" with "college-level aptitudes" will have the opportunity to participate in "college-level academic programs." Defendants, Ms. Carson and Mr. Williams, have promulgated Administrative Regulations (AR), after deliberation, in

4

D. Statement of Claim(s)

Claim One: <u>Deliberate Infringement of 14th Amendment Rights (continued)</u>

particular AR 500.01 (V)(b), inhibiting equal access to "every person" who exhibits college-level aptitudes from participating in higher education opportunities. While allowing a small group of Special Management offenders to avail themselves of college-level academic programs likewise every other offender in CDOC, the defendants deny equal treatment MCC, MCH and MCU offenders, who are prohibited the opportunity. By this action(s), defendants have created a suspect classification within Special Management for whom they violate constitutional protection and guarantees of the 14th Amendment of the U.S. Constitution by discriminatory treatment of some Special Management offenders. Furthermore, this is done without any rational relationship to a legitimate governmental interest/purpose.

Therefore, Plaintiff has been aggrieved by Defendants acting under color of state law, and is entitled to redress.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  N/A

Docket number and court:  N/A

Claims raised:  N/A

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)  N/A

Reasons for dismissal, if dismissed:  N/A

Result on appeal, if appealed:  N/A

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

　　　X Yes ___ No (*check one*)

Did you exhaust administrative remedies?

　　　X Yes ___ No (*check one*)

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1) Declaratory judgement invalidating, in pertinent sections, AR 500-01;

2) Injunctive Relief barring implementation of sections of AR 500-01 which infringe on Plaintiff's rights;

3) Court order mandating adherence to statutory obligations in providing "college-level academic programs", opportunity and access to same;

4) Court Order mandating 7 year Judicial Monitoring/Reporting period in which Court will rule on CDOC efforts to ·

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

Miércoles, el 13 de enero de 2021
(Date)

(Form Revised December 2017)

G. Request for Relief (continued)

a) format new AR in accordance with C.R.S. 17-32-105;

b) generate list of feasible options and plan of implementation for addressing and correcting present deficiencies;

c) submit plan to Court to ensure it meets statutory standards;

d) submit biannual reports of ongoing implementation during 7year Judicial Monitoring/Reporting period;

5) Court order mandating by end of 7 year period, CDOC have in operation, at minimum, at least one college-level academic program available to all persons in a correctional facility who demonstrate college-level aptitudes.

Certificate of Service

I certify that on the below listed date and by the below listed signatory, a true and correct copy of the foregoing Motion was served via U.S. Mail on all parties who appear on record.

Date: _Miércoles, el 13 de enero de 2021_

By: _____
Emmanuel C. Theus-Roberts

**Colorado Department Of Corrections**

Name: E.C. Theus-Roberts
Register Number: 151128
Unit: 6A-1-03
Box Number: 6000
City, State, Zip: Sterling, CO 80701

Legal Mail!

**Restricted Inspection Mail Stamp**
SCF — 1/13/2021
FACILITY — DATE REC'D
Swintz — 2863
DOC EMPLOYER LAST NAME
Theus-Roberts — 151128
OFFENDER LAST NAME — DOC#

Office of the Clerk
United States District Court
901 Nineteenth Street
Room A105
Denver, CO 80294-3589

80294-250151

Confidential

DENVER CO 802
14 JAN 2021 PM 8

ZIP 80751
02 1W
0001365920 JAN 14 2021
$000.65°
U.S. POSTAGE — PITNEY BOWES